UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

January 27, 2021

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Clinton Laru Ards, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil Action H-20-1737 |
| Bobby Lumpkin, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|     Respondent. | § | |

## Order of Adoption

On December 23, 2020, Magistrate Judge Peter Bray recommended that the court dismiss Clinton Laru Ards's petition for writ of habeas corpus. (12) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on January 25, 2021 at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge